FILED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rev. 7/06
CO Hab Corp
AO 241 amd.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TRACY PINKNEY
NAME (Under which you were convicted)

12085007
PRISON NUMBER

USP HAZELTON
PLACE OF CONFINEMENT/ADDRESS
PO BOX 2000
BRUCETON MILLS WV
26525

TRACY PINKNEY              )
(Full Name)    Petitioner  )
                           )   Case: 1:07-cv-01049
                           )   Assigned To : Kennedy, Henry H.
                           )   Assign. Date : 6/13/2007
         v.                )   Description: Habeas Corpus
U.S. DEPARTMENT OF JUSTICE )
FEDERAL BUREAU OF PRISONS  )
WARDEN JOE DRIVER et al.   )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
         Respondent        )

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

3. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

5. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

9. Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA / N/A

2. (a) Date of the sentence (or detention): April 2, 1996

3. Length of sentence: 23 year 40 months to life

4. Nature of offense involved (all counts): (2) Second Degree Murder

5. (a) What was your plea? (Check one):
   ☑ Not guilty
   ☐ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

N/A

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☐ No      N/A

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: _____
       (2) Nature of the proceedings: _____
           N/A

       (3) Grounds raised: _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No      N/A
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: _____
       (2) Nature of the proceedings: _____
           N/A

       (3) Grounds raised: _____
           N/A

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No      N/A
       (5) Result: _____

A. GROUND ONE:
 (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On July 28, 2000, District of Columbia prisoners were being transferred to the Federal Bureau of Prisons under the Intergovernmental Agreement Contract for housing incarcerated offenders from the D.C. Department of Corrections. The Lorton Correctional Complex was closed by December 31, 2001, until all D.C. offenders was being transferred to either BOP facilities or private prisons under contract with the BOP § 24-1201(b) Many District of Columbia prisoners "007" have been in the Federal system since this contract was implicated (SEE ATTACHMENT)

B. GROUND TWO:
 (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

C. GROUND THREE:
 (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

with no disciplinary or negative behavior but are being "DISCRIMINATED" against since the arrival into the Federal Bureau of Prisons. Specially under the "Custody Classification Manual" Program Statement 5100.07/ also the new advised program statement 5100.08 in which "ONLY" applies to Federal prisoners and not D.C. prisoners. Inmates from the [DC] District of Columbia that was sentenced in the Superior Court for the District of Columbia that received numbers "007" which indicates that the inmate is from the [D.C.] District of Columbia and are being discriminated against throughout the Federal system. Every D.C. prisoner that has a violent charge or has a minimum and a maximum sentence are given (2) two Public Safty factors:

1. GREATEST SERVERITY

2. SENTENCE LENGTH

These PSFs are placed only on all [D.C.] District of Columbia prisoners with violent offenses in which keeps [D.C] prisoners housed in level (7) seven penitentiaries USPs (HIGH). Some [D.C] District of Columbia prisoners have been incarcerated (10) ten to (15) fifthteen year in the District of Columbia then to be transferred to the Federal Bureau of Prisons to be "DISCRIMINATED" against. Federal

prisoners with similar violent offenses and with lengthly sentences are being housed in "MEDIUM" facilities not as [D.C.] District of Columbia prisoners, these same Federal prisoners are given their rights under this program statement according to policy. Bascially the Federal Bureau of Prison officials are saying that because we have a sentence of 25 to life they consider not the 25 but we have a life sentence also the 25 years doesn't [ESTABLISH] a parole eligibility date and the only way that a [D.C.] District of Columbia prisoner can go to a medium facility is the parole board "ESTABLISH" a parole date in which is interpreted wrong according to the program statement. Now this isn't true towards Federal prisoners, First. All the sentences that was given to us [D.C.] prisoners will never change nor will the nature of the offense will every change bu Federal prisoners with "LIFE" without the possibility of parole are housed in medium facilities, furthermore, According to these officials [D.C.] District of Columbia prisoners will be housed in USPs (HIGH SECURITY FACILITIES) until the parole board "ESTABLISHES" a release dated and "IF" that occures a [D.C.] District of Columbia prisoner will only be housed or transferred to a medium facility for only (6) six months to a year because the parole board are recommending a presumtion date meaning on or after that date given that the inmate may be released.

-4-

Now let's keep in mind theres no programs in the USP's (HIGH SECURITY FACILITIES) no vocational programs in the USP's, school is optional depending on how much time you have for example:

A life sentence your being placed on a long waiting list opposing to a person to having a shorter sentence.

Their appling the program statement unconstitutional towards [D.C.] District of Columbia prisoners and I'm seeking judical review for the correct intepretation of this PROGRAM STATEMENT, Even considering [LIFE] 540 months only equal to 45 years according to the Federal Bureau of Prison program statement 5100.08. A prisoner has to be sentenced to (30) thirdty years and more to be housed in (HIGH) USP's but, again the PUBLIC SAFTY FACTOR[S] that the officials won't waive so that the PSF's can be dropped so "WE" can be transferred.

QUESTION[S]:

1. How many years does a [D.C] District of Columbia prisoner have to do in a USP to be transferred to a medium facility?

2. WHAT ESTABLISHES A PAROLE ELIGIBILITY DATE? 25 YEARS TO LIFE, THE 25 YEARS (MINIUM) NUMBER IS THE PAROLE DATE IS THAT A ESTABLISHED DATE? OR WHAT CONSTITUE A ESTABLISHED A PAROLE DATE?

3. IVE HAD CLEAR CONDUCT FOR (11)YEARS, (6) YEARS CLEAR CONDUCT SINCE I ARRIVED IN THE FEDERAL SYSTEM HOW MANY (18) EIGHTEEN MONTHS CLEAR CONDUCT DO A [D.C.] DISTRICT OF COLUMBIA PRISONER HAVE TO DO TO GET A TRANSFER EITHER TO A USP OR A MEDIUM FACILITY?

This POLICY DOESNT APPLY TO [D.C.] "007" DISTRICT OF COLUMBIA PRISONERS.

*Tracy Pinkney*

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

G
07-1049
HHK

**I (a) PLAINTIFFS** TRACY PINKNEY

**DEFENDANTS** U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
WARDEN JOE DRIVER
ACTING WARDEN MARTINEZ

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~HOCH~~ 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Tracy Pinkney
PO Box 2000
Bruce Mills West Virginia 26525

Case: 1:07-cv-01049
Assigned To : Kennedy, Henry H.
Assign. Date : 6/13/2007
Description: Habeas Corpus

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust
N/A

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability
N/A

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)
N/A

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*
N/A

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**
N/A

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 422 Appeal 28 USC 158 | ☐ 610 Agriculture | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 220 Foreclosure | ☐ 423 Withdrawal 28 USC 157 | ☐ 620 Other Food & Drug | ☐ 480 Consumer Credit |
| ☐ 230 Rent, Lease & Ejectment | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 490 Cable/Satellite TV |
| ☐ 240 Torts to Land | Prisoner Petitions | ☐ 630 Liquor Laws | ☐ 810 Selective Service |
| ☐ 245 Tort Product Liability | ☐ 535 Death Penalty | ☐ 640 RR & Truck | ☐ 850 Securities/Commodities/Exchange |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other | ☐ 650 Airline Regs | |
| | ☐ 550 Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 875 Customer Challenge 12 USC 3410 |
| Personal Property | ☐ 555 Prison Condition | ☐ 690 Other | ☐ 900 Appeal of fee determination under equal access to Justice |
| ☐ 370 Other Fraud | | | |
| ☐ 371 Truth in Lending | Property Rights | | ☐ 950 Constitutionality of State Statutes |
| ☐ 380 Other Personal Property Damage | ☐ 820 Copyrights | Other Statutes | |
| ☐ 385 Property Damage Product Liability | ☐ 830 Patent | ☐ 400 State Reapportionment | ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |
| | ☐ 840 Trademark | ☐ 430 Banks & Banking | |
| | Federal Tax Suits | ☐ 450 Commerce/ICC Rates/etc. | |
| | ☐ 870 Taxes (US plaintiff or defendant | ☐ 460 Deportation | |
| | ☐ 871 IRS-Third Party 26 USC 7609 | | |

| ☒ G. Habeas Corpus/ 2255 | ☐ H. Employment Discrimination | ☐ I. FOIA/PRIVACY ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. Labor/ERISA (non-employment) | ☐ L. Other Civil Rights (non-employment) | ☐ M. Contract | ☐ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
2254 (HABEAS CORPUS)   28 USC 2241

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   N/A   DEMAND $   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 5-31-07   SIGNATURE OF ATTORNEY OF RECORD  Tracy Pinkney  PRO-SE
6.13.07

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd