UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE *et al.*,<br><br>Respondents. | Civil Action 07-1049  (HHK) |

### TRANSFER ORDER

Petitioner is a prisoner at the Hazelton United States Penitentiary in Bruceton Mills, West Virginia, seeking *habeas corpus* relief pursuant to 28 U.S.C. § 2241.  The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian.  *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)).  "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004).  Petitioner's custodian is not within this Court's territorial jurisdiction.  The Court finds it in the interests of justice and judicial economy to transfer the case.  Accordingly, it is this 20th day of June 2007,

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Northern District of West Virginia.

_____s/_____
Henry H. Kennedy, Jr.
United States District Judge